1  Michael R. Lozeau (Bar No. 142893)
2  Email: michael@lozeaudrury.com
   Douglas J. Chermak (Bar No. 233382)
3  Email: doug@lozeaudrury.com
4  LOZEAU DRURY LLP
   1939 Harrison Street, Suite 150
5  Oakland, CA 94612
6  Telephone: (510) 836-4200
7
   Lauren Chase (Bar No. 324162)
8  Email: lauren@coastkeeper.org
9  ORANGE COUNTY COASTKEEPER
   3151 Airway Avenue, Suite F-110
10 Costa Mesa, California 92626
11 Telephone: (714) 850-1965

12 *Attorneys for Plaintiff Orange County Coastkeeper*

13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation, <br><br> Plaintiff, <br> v. <br><br> CERTIFIED AUTO SALVAGE; RON STEVENS; JUDY WISLOCKI, <br><br> Defendants. | Case No. 8:22-cv-02044-FWS-JDE <br><br> **REQUEST FOR ENTRY OF CONSENT DECREE** <br><br> **Honorable Fred W. Slaughter** |

On April 3, 2023, Plaintiff Orange County Coastkeeper sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory 45-day review period to review the [Proposed]

Consent Decree entered into by the parties on March 30, 2023. *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5. On May 4, 2023, the Department of Justice sent the parties a letter indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree. That letter is attached hereto as Exhibit 1. Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree filed with the Court contemporaneously with this request.

Respectfully submitted,

Dated: May 8, 2023                    LOZEAU DRURY LLP

/s/ *Douglas J. Chermak* _
Douglas J. Chermak
*Attorneys for Plaintiff* ORANGE COUNTY
COASTKEEPER

Dated: May 8, 2023                    GHASSEMIAN LAW GROUP, APC

/s/ *Elaine Alston* _____
(as authorized on 5/8/23)
Elaine Alston
*Attorneys for Defendant* CERTIFIED AUTO
SALVAGE

Dated: May 8, 2023                    ENVIRONMENTAL LAW GROUP LLP

/s/ *Josh Rosenbaum* _____
(as authorized on 5/8/23)
Josh Rosenbaum
*Attorneys for Defendants* RON STEVENS and
JUDY WISLOCKI